

June 8, 2022



ESTATE OF ELIZABETH COX
5 HARRISON AVENUE
CLIFTON HEIGHTS, PA 19018-1515

**Account Number:**
**Property Address:**   5 HARRISON AVENUE
CLIFTON HEIGHTS, PA 19018

Dear Customer(s):

SPS is committed to providing you with the information you need to manage your home mortgage payments.

**CHANGES TO YOUR MORTGAGE INTEREST RATE AND PAYMENTS ON 08/01/2022.**

Under the terms of your Adjustable-Rate Mortgage, you had a 6 month period during which your interest rate and principal and interest payment remained the same. Your interest rate initially changed on 01/01/2020 and may change every 6 month(s) for the life of the mortgage. Your rate is scheduled to change again on 01/01/2023 with a corresponding payment change on 02/01/2023.

|  | **Current** Rate and Monthly Payment | **New** Rate and Monthly Payment |
|---|---|---|
| Interest Rate | 3.75000% | 5.62500% |
| Principal | $643.64 | $559.00 |
| Interest | $446.92 | $667.36 |
| Escrow (Taxes & Insurance) | $683.99 | $683.99 |
| **Total Monthly Payment** | $1,774.55 | $1,910.35 Due 08/01/2022 |

**Interest Rate:** We calculated your interest rate by taking a published "index rate" and adding a certain number of percentage points, called the "margin". Under your loan agreement, your index rate is 2.10600% and your margin is 3.50000%. Your index is the 6 MONTH AVERAGE LONDON INTERBANK OFFERED RATE and is published MONTHLY IN THE WALLSTREET JOURNAL.

**Rate Limits:** Your rate cannot go higher than 14.00000% or less than 3.50000% over the life of the loan.

Your rate can change each subsequent period by no more than 2.00000%.

**New Interest Rate and Monthly Payment:** The table above shows your new interest rate and new monthly payment. Your new payment is based on the 6 MONTH AVERAGE LONDON INTERBANK OFFERED RATE, your margin, rounding of 0.12500%, your loan balance of $142,370.25, and your remaining amortized loan term of 168 months.



Please note that if you are currently set up on our automatic withdrawal program (ACH), your monthly payment will change to match the amount provided in this notice. This change will be made as of the first scheduled automatic payment after the date this payment change is effective.

**Prepayment Penalty**: None

If you seek an alternative to the changes to your interest rate and payment, the following options may be possible (subject to lender approval):
- Refinance your loan with another lender;
- Sell your home and use the proceeds to pay off your current loan;
- Modify your loan terms with us;
- Payment forbearance, which temporarily gives you more time to pay your monthly payment.

Please contact our Customer Service Department toll-free at 800-258-8602 for more information. Representatives are available Monday through Friday between the hours of 8 a.m. and 9 p.m., and Saturday from 8 a.m. to 2 p.m., Eastern Time.

If you would like counseling or assistance you can contact the following: U.S. Department of Housing and Urban Development. For a list of homeownership counselors or counseling organizations in your area, go to https://apps.hud.gov/offices/hsg/sfh/hcc/hcs.cfm or you can call HUD at 1-800-569-4287.

Sincerely,

Select Portfolio Servicing, Inc.

**Esta carta contiene información importante concerniente a sus derechos. Por favor, traduzca esta carta. Nuestros representantes bilingües están a su disposición para contestar cualquier pregunta. Llamenos al numero 800-831-0118 y seleccione/marque la opción 2.**

**This information is intended for informational purposes only and is not considered an attempt to collect a debt.**