# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                                                                    Chapter 13

    JOSEPH TRAFFICANTE                                    Bankruptcy No. 22-11552-AMC

    5 HARRISON AVENUE

    CLIFTON HEIGHTS, PA 19018

    Debtor

### CERTIFICATE OF SERVICE

**AND NOW,** comes Kenneth E. West, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
JOSEPH TRAFFICANTE

5 HARRISON AVENUE

CLIFTON HEIGHTS, PA 19018

**Counsel for debtor(s), by electronic notice only.**
MICHAEL GUMBEL, ESQ.
BAINBRIDGE LAW CENTER
850 S. 2ND STREET
PHILADELPHIA, PA 19147-

**Counsel for the United States Trustee, by electronic notice only.**
Office of the U.S. Trustee
Eastern District of Pennsylvania
833 Chestnut Street, Suite 500
Philadelphia, PA  19107

Date: 10/19/2022                                                                                    /s/ Kenneth E. West

                                                                         _____
Kenneth E. West, Esquire
Chapter 13 Standing Trustee