**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re:  Joseph Trafficante | : | Chapter 13 |
| Debtor(s) | : | |
| | : | Bankruptcy No. 22-11552-AMC |

## NOTICE OF OBJECTION TO CLAIM AND HEARING DATE

**Debtor, Joseph Trafficante, by his attorney, Mike Gumbel, Esq., has filed an Objection to the Proof of Claim you filed in this Bankruptcy Case.**

**Your claim may be reduced, modified, or eliminated. You should read these papers carefully and discuss them with your attorney, if you have one.**

If you do not want the Court to eliminate or change your claim, you or your lawyer must attend the Hearing on the Objection, scheduled to be held before the Honorable Ashely M. Chan on Tuesday December 6, 2022, at 11:00 A.M., in Courtroom 4, United States Bankruptcy Court, 900 Market Street, Philadelphia, PA  19107.  If you or your attorney do not attend the Hearing on the Objection, the Court may decide that you do not oppose the Objection to your claim.

Date:  October 25, 2022         /s/ Mike Gumbel_____
MIKE GUMBEL, ESQUIRE
Attorney for Debtor
850 S. 2nd Street
Philadelphia, PA  19147
(215) 592-1899
(215) 592-8868 (Fax)