October 28, 2022

Clerk of Bankruptcy Court

Re:    Debtor(s): Joseph Trafficante
        Bankruptcy Case Number: 22-11552
        RAC Account Number (last four digits): 5738

Dear Clerk:

Please withdraw Regional Acceptance Corporation electronic claim # 1 on the above referenced account.

Thank you for your assistance.

Sincerely,

/s/Tammy W Evans

Tammy W Evans
Bankruptcy Specialist
Truist, Agent for Regional Acceptance Corporation

***TRUIST CONFIDENTIAL