

IN THE UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF PENNSYLVANIA

IN PROCEEDINGS:

2211552

DEBTOR(S):

JOSEPH TRAFFICANTE

WITHDRAWAL OF CLAIM

PLEASE WITHDRAW CLAIM NUMBER 4 IN THE AMOUNT OF $4,194.42

CREDITOR'S SIGNATURE:

/s/ Lore'l Thompson

CREDITOR CONTACT INFO:

LVNV Funding, LLC

Resurgent Capital Services

PO Box 10587

Greenville, SC 29603

(877) 264-5884

DATE:

11/2/2022