**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re:  Joseph Trafficante | : | Chapter 13 |
| Debtor(s) | : | |
| | : | Bankruptcy No. 22-11552-AMC |

**ORDER**

**AND NOW,** this ____ day of _____, 2022, upon consideration of Debtor's Objection to Proof of Claim Number 2 filed by LVNV Funding LLC and any response thereto, said claim is disallowed.

BY THE COURT:

Date: December 6, 2022

_____
**ASHELY M. CHAN,**
**UNITED STATES BANKRUPTCY JUDGE**

Kenneth E. West, Esq.
Chapter 13 Trustee
1234 Market Street, Ste 1813
Philadelphia, PA 19107

Office of the United States Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA  19107

Bainbridge Law Center
850 S. 2nd Street
Philadelphia, PA 19147

LVNV Funding LLC
c/o Resurgent Capital Services
Matthew Oberholtzer
PO Box 10587
Greenville, SC 29603

Joseph Trafficante
5 Harrison Avenue
Clifton Heights, PA 19018