United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-11552-amc |
| Joseph Trafficante | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Dec 07, 2022 | Form ID: pdf900 | Total Noticed: 5 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 09, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Joseph Trafficante, 5 Harrison Avenue, Clifton Heights, PA 19018-1515 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | + Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Dec 08 2022 00:32:00 | AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |
| cr | Email/PDF: resurgentbknotifications@resurgent.com | Dec 08 2022 00:33:41 | LVNV Funding LLC, c/o Resurgent Capital Services, P.O. Box 10587, GREENVILLE, SC 29603-0587 |
| cr | Email/PDF: RACBANKRUPTCY@BBANDT.COM | Dec 08 2022 00:33:51 | Regional Acceptance Corporation, PO Box 1847, Wilson, NC 27894-1847 |
| 14706466 | Email/PDF: resurgentbknotifications@resurgent.com | Dec 08 2022 00:33:32 | LVNV Funding LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

TOTAL: 4

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 09, 2022          Signature:       /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 7, 2022 at the address(es) listed below:

District/off: 0313-2 | User: admin | Page 2 of 2
Date Rcvd: Dec 07, 2022 | Form ID: pdf900 | Total Noticed: 5

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor Deutsche Bank National Trust Company as Trustee, on behalf of the holders of the Impac Secured Assets Corp., Mortgage Pass-Through Certificates, Series 2006-3 bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| MICHAEL GUMBEL | on behalf of Debtor Joseph Trafficante mgumbel@bainbridgelawcenter.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA**

In re: Joseph Trafficante  :  Chapter 13
       Debtor(s)  :
         :  Bankruptcy No. 22-11552-AMC

## ORDER

**AND NOW,** this ____ day of _____, 2022, upon consideration of Debtor's Objection to Proof of Claim Number 2 filed by LVNV Funding LLC and any response thereto, said claim is disallowed.

BY THE COURT:

Date: December 6, 2022

_____
**ASHELY M. CHAN,
UNITED STATES BANKRUPTCY JUDGE**

Kenneth E. West, Esq.
Chapter 13 Trustee
1234 Market Street, Ste 1813
Philadelphia, PA 19107

Office of the United States Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA  19107

Bainbridge Law Center
850 S. 2nd Street
Philadelphia, PA 19147

LVNV Funding LLC
c/o Resurgent Capital Services
Matthew Oberholtzer
PO Box 10587
Greenville, SC 29603

Joseph Trafficante
5 Harrison Avenue
Clifton Heights, PA 19018