United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Joseph Trafficante  
    Debtor

Case No. 22-11552-amc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 2  
Date Rcvd: Jan 20, 2023     Form ID: 155     Total Noticed: 18

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 22, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Joseph Trafficante, 5 Harrison Avenue, Clifton Heights, PA 19018-1515 |
| 14715623 | + | Deutsche Bank National Trust Co., c/o Rebecca Solarz, KML Law Group P.C., 701 Market Street, Ste 5000, Philadelphia, Pa 19106-1541 |
| 14698353 | #+ | Fedloan Servicing, PO Box 69184, Harrisburg, PA 17106-9184 |
| 14709174 | + | Ford Motor Credit Company LLC, 1060 Andrew Drive, Suite 170, West Chester, West Chester, PA 19380-5601 |
| 14698359 | + | Shapiro & DeNardo, LLC, 3600 Horizon Drive, Ste 150, King of Prussia, PA 19406-4702 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14698349 | | Email/Text: collectors@arresourcesinc.com | Jan 21 2023 00:12:00 | AR Resources Inc, PO Box 1056, Blue Bell, PA 19422 |
| 14703182 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jan 21 2023 00:12:00 | AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |
| 14698350 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 21 2023 00:09:33 | Capital One, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 14698351 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Jan 21 2023 00:09:27 | Capital One Auto Finance, 3905 Dallas Pkwy, Dallas, TX 75093-7892 |
| 14698352 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Jan 21 2023 00:11:00 | Deutsche Bank National Trust Co, c/o Bank of America, 400 National Way, Simi Valley, CA 93065-6414 |
| 14715849 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jan 21 2023 00:12:00 | Deutsche Bank National Trust at. el, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |
| 14698354 | + | Email/Text: EBNBKNOT@ford.com | Jan 21 2023 00:12:00 | Ford Motor Credit, POB 542000, Omaha, NE 68154-8000 |
| 14706466 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 21 2023 00:09:24 | LVNV Funding LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14698355 | | Email/Text: bankruptcies@penncredit.com | Jan 21 2023 00:12:00 | Penn Credit Corporation, PO Box 988, Harrisburg, PA 17108 |
| 14698356 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 21 2023 00:12:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 14698358 | + | Email/PDF: RACBANKRUPTCY@BBANDT.COM | Jan 21 2023 00:19:51 | Regional Acceptance Corp, 5425 Robin Hood Rd., Ste 101, Norfolk, VA 23513-2451 |
| 14700772 | | Email/PDF: RACBANKRUPTCY@BBANDT.COM | | |

Case 22-11552-amc   Doc 53   Filed 01/22/23   Entered 01/23/23 00:32:46   Desc Imaged
Certificate of Notice   Page 2 of 3

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jan 20, 2023 | Form ID: 155 | Total Noticed: 18 |

| | | Jan 21 2023 00:19:51 | Regional Acceptance Corporation, PO Box 1847, Wilson, NC 27894-1847 |
|---|---|---|---|
| 14698360 | + Email/Text: EDBKNotices@ecmc.org | Jan 21 2023 00:11:00 | US Department of Education, PO Box 5609, Greenville, TX 75403-5609 |

TOTAL: 13

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14698357 | ##+ | Porania, LLC, PO Box 11405, Memphis, TN 38111-0405 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 22, 2023          Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 20, 2023 at the address(es) listed below:

**Name**                     **Email Address**

BRIAN CRAIG NICHOLAS
on behalf of Creditor Deutsche Bank National Trust Company as Trustee, on behalf of the holders of the Impac Secured Assets Corp., Mortgage Pass-Through Certificates, Series 2006-3 bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com

KENNETH E. WEST
ecfemails@ph13trustee.com philaecf@gmail.com

MICHAEL GUMBEL
on behalf of Debtor Joseph Trafficante mgumbel@bainbridgelawcenter.com

MICHAEL PATRICK FARRINGTON
on behalf of Creditor Deutsche Bank National Trust Company as Trustee, on behalf of the holders of the Impac Secured Assets Corp., Mortgage Pass-Through Certificates, Series 2006-3 mfarrington@kmllawgroup.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 5

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Joseph Trafficante
       Debtor(s)

Chapter: 13

Bankruptcy No: 22−11552−amc

_____

*ORDER CONFIRMING PLAN UNDER CHAPTER 13*

    AND NOW, this January 17, 2023 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                                                 Ashely M. Chan
                                                 Judge ,
                                                 United States Bankruptcy Court