**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re:

    Chapter 13

    Bankruptcy No. 22-11552-AMC

JOSEPH TRAFFICANTE

5 HARRISON AVENUE

CLIFTON HEIGHTS, PA 19018

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

JOSEPH TRAFFICANTE

5 HARRISON AVENUE

CLIFTON HEIGHTS, PA 19018

Counsel for debtor(s), by electronic notice only.

    MICHAEL GUMBEL, ESQ.
    BAINBRIDGE LAW CENTER
    850 S. 2ND STREET
    PHILADELPHIA, PA 19147-

    /S/ Kenneth E. West

Date: 8/29/2023      _____

    Kenneth E. West, Esquire
    Chapter 13 Standing Trustee