United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                               Case No. 22-11552-amc

Joseph Trafficante                                           Chapter 13

       Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                             User: admin                                  Page 1 of 3

Date Rcvd: Oct 03, 2023                        Form ID: pdf900                            Total Noticed: 20

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 05, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Joseph Trafficante, 5 Harrison Avenue, Clifton Heights, PA 19018-1515 |
| 14715623 | + | Deutsche Bank National Trust Co., c/o Rebecca Solarz, KML Law Group P.C., 701 Market Street, Ste 5000, Philadelphia, Pa 19106-1541 |
| 14698353 | + | Fedloan Servicing, PO Box 69184, Harrisburg, PA 17106-9184 |
| 14709174 | + | Ford Motor Credit Company LLC, 1060 Andrew Drive, Suite 170, West Chester, West Chester, PA 19380-5601 |
| 14698359 | + | Shapiro & DeNardo, LLC, 3600 Horizon Drive, Ste 150, King of Prussia, PA 19406-4702 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Oct 04 2023 01:27:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| cr | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 04 2023 03:02:02 | LVNV Funding LLC, c/o Resurgent Capital Services, P.O. Box 10587, GREENVILLE, SC 29603-0587 |
| 14698349 | | Email/Text: collectors@arresourcesinc.com | Oct 04 2023 01:27:00 | AR Resources Inc, PO Box 1056, Blue Bell, PA 19422 |
| 14703182 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Oct 04 2023 01:27:00 | AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |
| 14698350 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 04 2023 03:02:04 | Capital One, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 14698351 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Oct 04 2023 03:02:03 | Capital One Auto Finance, 3905 Dallas Pkwy, Dallas, TX 75093-7892 |
| 14698352 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Oct 04 2023 01:27:00 | Deutsche Bank National Trust Co, c/o Bank of America, 400 National Way, Simi Valley, CA 93065-6414 |
| 14715849 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Oct 04 2023 01:27:00 | Deutsche Bank National Trust at. el, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |
| 14698354 | + | Email/Text: EBNBKNOT@ford.com | Oct 04 2023 01:27:00 | Ford Motor Credit, POB 542000, Omaha, NE 68154-8000 |
| 14706466 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 04 2023 05:03:03 | LVNV Funding LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14698355 | | Email/Text: bankruptcies@penncredit.com | Oct 04 2023 01:27:00 | Penn Credit Corporation, PO Box 988, Harrisburg, PA 17108 |
| 14698356 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 04 2023 01:27:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA |

| Recip ID | | Notice Type | Date | Name and Address |
|---|---|---|---|---|
| 14698358 | + | Email/PDF: RACBANKRUPTCY@BBANDT.COM | Oct 04 2023 03:00:47 | 17128-0946<br>Regional Acceptance Corp, 5425 Robin Hood Rd., Ste 101, Norfolk, VA 23513-2451 |
| 14700772 | | Email/PDF: RACBANKRUPTCY@BBANDT.COM | Oct 04 2023 03:00:47 | Regional Acceptance Corporation, PO Box 1847, Wilson, NC 27894-1847 |
| 14698360 | + | Email/Text: EDBKNotices@ecmc.org | Oct 04 2023 01:27:00 | US Department of Education, PO Box 5609, Greenville, TX 75403-5609 |

TOTAL: 15

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | *+ | AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |
| cr | * | Regional Acceptance Corporation, PO Box 1847, Wilson, NC 27894-1847 |
| 14698357 | ##+ | Porania, LLC, PO Box 11405, Memphis, TN 38111-0405 |

TOTAL: 0 Undeliverable, 3 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 05, 2023    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 3, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor Deutsche Bank National Trust Company as Trustee, on behalf of the holders of the Impac Secured Assets Corp., Mortgage Pass-Through Certificates, Series 2006-3 bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor Deutsche Bank National Trust Company as Trustee, on behalf of the holders of the Impac Secured Assets Corp., Mortgage Pass-Through Certificates, Series 2006-3 bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| MARK A. CRONIN | on behalf of Creditor Deutsche Bank National Trust Company as Trustee, on behalf of the holders of the Impac Secured Assets Corp., Mortgage Pass-Through Certificates, Series 2006-3 bkgroup@kmllawgroup.com |
| MICHAEL GUMBEL | on behalf of Debtor Joseph Trafficante mgumbel@bainbridgelawcenter.com |
| MICHAEL PATRICK FARRINGTON | on behalf of Creditor Deutsche Bank National Trust Company as Trustee, on behalf of the holders of the Impac Secured Assets Corp., Mortgage Pass-Through Certificates, Series 2006-3 mfarrington@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

District/off: 0313-2 User: admin Page 3 of 3
Date Rcvd: Oct 03, 2023 Form ID: pdf900 Total Noticed: 20
TOTAL: 7

**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: <br> JOSEPH TRAFFICANTE | Chapter 13 |
| Debtor | Bankruptcy No. 22-11552-AMC |

# ORDER

    **AND NOW**, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

    **IT IS FURTHER ORDERED** <u>if</u> the case has been confirmed <u>and</u> the Trustee is holding funds, any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor(s)' plan shall be refunded to the Debtor(s) unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

Date:  October 3, 2023

_____
Honorable Ashely M. Chan
Bankruptcy Judge